UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA LEWIS, | No. C 09-03588 JCS |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | |
| ALPHONSO JACKSON, | |
| Defendant(s). | |

Pursuant to Civil L.R. 16-2, a case management conference was scheduled on November 13, 2009, before this Court in the above-entitled case. Plaintiff was not present. Defendant was not present.

IT IS HEREBY ORDERED that Plaintiff appear on **December 18, 2009, at 1:30 p.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to appear at the case management conference on November 13, 2009, for failure to comply with Court's Order dated August 6, 2009, and for failure to prosecute. A case management conference is also scheduled for December 18, 2009, at 1:30 p.m.

IT IS SO ORDERED.

Dated: November 16, 2009

_____
JOSEPH C. SPERO
United States Magistrate Judge