**United States District Court**
For the Northern District of California

1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6  MONICA LEWIS,                                    Case No. C09-3588 JCS

7              Plaintiff(s),

**ORDER DISMISSING CASE**

8        v.

9  ALPHONSO JACKSON, ET AL.,

10              Defendant(s).
_____/

11

12        IT IS HEREBY ORDERED that this case shall be dismissed for failure to prosecute, failure

13  to comply with the Court's Order, and failure to appear.

14        IT IS SO ORDERED.

15

16  Dated:  December 21, 2009

17

18                                    _____
                                       JOSEPH C. SPERO
                                       United States Magistrate Judge
19

20
21
22
23
24
25
26
27
28